IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 2:11-CV-0595
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

A PLATINUM AND 18 KARAT WHITE
GOLD DIAMOND WEDDING BAND
WITH A 3.50 E SI2 BRILLIANT ROUND
DIAMOND, et al.,

    Defendants.

## ORDER

This Order supersedes the Court's previous Order granting the Government's Motion for Stay of Civil Forfeiture Proceeding (Doc. 21). Presently before the Court is the Government's Motion for Stay of Civil Forfeiture Proceeding pursuant to 18 U.S.C. § 981(g)(1) (Doc. 18). For good cause shown, the Government's motion is **GRANTED**. All further proceedings are **STAYED** until disposition of the criminal investigation of Haider Zafar for violations of 18 U.S.C. § 1343 and 18 U.S.C. § 1957(a).

IT IS SO ORDERED.

11-29-2011
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE