IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Action No. 2:11-cv-595 |
| | : | JUDGE SARGUS |
| v. | : | Magistrate Judge Kemp |
| A PLATINUM AND 18KARAT WHITE GOLD DIAMOND WEDDING BAND WITH A 3.50 E SI2 BRILLIANT ROUND DIAMOND, Et al., | : | |
| Defendants. | : | |

ORDER

Plaintiff has filed a Motion for Dismissal of the civil forfeiture proceedings in this case. (Doc. 30). The Motion sets forth good cause and is therefore GRANTED. This case is DISMISSED as moot in light of the disposition of the related criminal case.

IT IS SO ORDERED.

4-2-2015
Date

HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE